UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-CR-Hurley

UNITED STATES OF AMERICA

vs

Julie Collins

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 7-28-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and ~~court appointed~~/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address: See Bond

                  Telephone:

DEFENSE COUNSEL:  Name: Russell Williams

                  Address:

                  Telephone:

BOND SET/CONTINUED: $ Cont'd on bond as set

Bond hearing held: yes____ no____ Bond hearing set for _____

Dated this 28 day of July, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-061

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services