# UNITED STATES DISTRICT COURT

             SOUTHERN             DISTRICT OF             FLORIDA

UNITED STATES OF AMERICA
       Plaintiff,

**NOTICE**

VS.

CASE NUMBER: 00-6198-CR-HURLEY/VITUNAC(s)

JULIE COLLINS      (B)
    (Deft. required)
       Defendant.

TYPE OF CASE:

( ) **CIVIL**          (XX) **CRIMINAL**

(XX) **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WEST PALM BEACH, FL. 33401 | COURTROOM #4   (3RD-FLOOR)<br>DATE AND TIME:<br>WEDNESDAY, 8-23-00 # 9:30 AM<br>BEFORE MAGISTRATE JUDGE JOHNSON |

TYPE OF PROCEEDING:

**ARRAIGNMENT ON SUPERSEDING INDICTMENT**

( ) **TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

AUGUST 15, 2000
DATE

(BY) DEPUTY CLERK

TO:    SAM SMARGON, AFPD
       UNITED STATES ATTORNEY (NANCY VORPE-QUINLAN)
       UNITED STATES MARSHAL
       UNITED STATES PRETRIAL SERVICE
       DEFENDANT-2811 River Run Terrace, Miramar, FL. 33025