# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 8/23/00   TIME: 9:30 AM   9:45 am.

DEFT. JULIE COLLINS (B)   CASE NO 00-6198-CR-HURLEY/VITUNAC(s)

AUSA. NANCY VORPE-QUINLAN *Lothrop Morris for*   ATTY. SAM SMARGON, AFPD

AGENT. CHRIS W. MATHES, DEA   VIOL. CONSP/IMPORT ECSTASY 21:963

PROCEEDING ARRAIGNMENT ON SUPERSEDING INDICTMENT   BOND. $100,000 PSB

DISPOSITION STATUS CONFERENCE SET 8/31/00 BEFORE JUDGE HURLEY

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested.

*Defendant arraigned.*

FILED by _____ D.C.
AUG 23 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

*Status Conference set 8/31/00 before Duty Magistrate Judge is hereby cancelled.*

DATE: 8/23/00   TAPE: LRJ-00- 72-1575