UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-00-6198-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA,

vs.

JULIE COLLINS
          Defendant.
_____/

FILED by _____ D.C.
AUG 23 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**
- Jail No.: 55400-004
- Language: ENGLISH
- Address: 2811 RIVER RUN TERRACE
         MIRAMAR, FL 33025
- Tel. No: 954 442-7978

**Defense Counsel:**
- Name: SAM SMARGON, AFPD
- Address: 101 N.E. 3rd AVE., SUITE 202
         FORT LAUDERDALE, FL 33301
- Tel. No: (954) 356-7436

**Bond Set/Continued:** $ $100,000 PSB

Dated this 23rd day of August, 2000.

CLARENCE MADDOX, CLERK

BY _____
Deputy Clerk

TAPE NO. LRJ-00 - 7.2
DIGITAL START NO. /175