UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-CR-HURLEY



UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

JULIE COLLINS,    :

    Defendant.    :
_____/

# NOTICE OF FILING LETTERS FOR SENTENCING

The defendant, Julie Collins, by and through undersigned counsel, hereby files the following letters to be taken into consideration at sentencing:

1. Letter from Sandra Collins, Julie's mother, with attachment of letter from Dr. Levi Kahane, Julie's psychiatrist.

2. Letter from Leroy Collins, Julie's father.

3. Letter from Amy Haeffner, Julie's friend.

4. Letter from Michelle Montesano, Julie's friend.

5. Letter from Laura Ann Weis, Julie's friend.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *Samuel J. Smargon*
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 7 day of March, 2001 to Nancy Vorpe-Quinlan, Esquire, United States Attorney's Office, 500 Australian Avenue, Suite 440, West Palm Beach, Florida 33301 and to Sheila Tierney, United States Probation Office, 501 South Flagler Drove, Suite 400, West Palm Beach, Florida 33132.

Samuel J. Smargon

S:\SMARGON\Collins\Filing.01.wpd

March 2, 2001


Honorable Judge Hurley
West Palm Beach Federal Court House
701 Clematis Street
West Palm Beach, Florida

RE: Julie A. Collins
    1715 S. Anhinga Lane
    Homestead, FL  33035


Dear Judge Hurley:

I am overcome with sadness that both of my children have been involved with illegal drugs.  I can not fathom the reasoning that led them to such ill-advised acts, and am extremely apologetic and remorseful for what they have done.

This letter is written as a mother, about my daughter, Julie Anne Collins.  I hope I am not stepping out of bounds.

When Julie was a baby, she was very sick.  From the age of one she was ill, year after year, with chronic bronchitis and pneumonia, brought about by a very exaggerated eosinophilic blood count, which is hereditary for her.  Instead of socializing with other children as a normal child, she sat at home reading and playing alone.  She was isolated from all friends and activities because of her illness.  There were many times that I was afraid she would not live through the night.

When she was a little girl, I started the kindergarten program at the oldest church in Coral Gables, the Congregational Church, near the Church of the Little Flower.  I then was able to keep her with a small group so she could survive, as she had very little immunity to any virus or illness.

When she was older she started to have little friendships and enjoy some of the childhood things she had missed.  Her sheltered early years with horrible illnesses had caused her bo become somewhat naive about the larger world, however.

We never had enough food or fun when Julie and Greg were children.  LeRoy was a case worker, but I could not work except at part-time jobs, or little jobs because I was in and out of hospitals with lung and bone problems.  We ran our household with little money and devastating health problems. Julie wore clothes from Goodwill and her shoes were sometimes very worn.  In college Julie was offered loans, but in her entire college career, despite her best efforts, with her wonderful grades and attitude, her two scholarships were for

practically nothing. She came out of college with significant debts for loans, as some students must. She always wanted to be a naturopath, an osteopathic physician, but the loans for medical school were prohibitive. Julie graduated from Florida State with very high honors and a science degree. She went to work as a supervisor at Sunrise Community for the Retarded. She did such a good job that her employers wanted to nominate her for important national organizations.

Julie has experienced too much sadness in her life. I think she would have continued working at Sunrise if it had not been so depressing for her. The parents loved her, and her employers were happy with her.

I do not know what caused Julie to become involved with drugs, and I am so sorry that her life has become depressing and sad again. We do not want to make excuses for her as we know her illegal acts were serious. I can not understand how such a beautiful and intelligent person could be extremely depressed as she has been in the last years. No child was ever raised more lovingly or guided so carefully. Her grandfather, who was a scientist, would spend hours on little science projects with her, wading around the bay naming sea birds, figuring out how mangrove hypocodleons could grow in salt and fresh water. She had a whole lifetime of that kind of enrichment, and I wish I knew how or when her life took a wrong turn. I feel that Julie is a very tragic figure, who did not choose her boyfriends very carefully. She was definitely influenced by one or two of them to become involved with illegal drugs.

Julie has experienced repeated bouts of clinical depression, so intense that she can't get hold of her life without medications. We sent her to see Dr. Levi Kahane who is a psychiatrist on the staff in the outpatient department at Aventura Hospital. He prescribed Zanax on a regular basis for her, with counseling sessions. She was to take Zanax through the fall months, as prescribed by Dr. Kahane, and through the winter, and on.

Julie had a letter from Dr. Kahane, her psychiatrist, with her when she went to The Stockade on Jan. 19th. A copy of his letter is enclosed with these letters, after this one. The letter was in a *quart-size storage bag with her medications, and I labeled it in big kindergarten script myself. Julie gave the bag to the authorities in the housing unit in Palm Beach where she was kept.

The letter states that Julie was taking a specific amount of Zanax, prescribed for her after other medications had been tried unsuccessfully. Dr Kahane said in the letter that removing her from these medications could be detrimental to her health. Even though there is a computer gliche in the last line of the

*gallon-size bag

psychiatrist's letter, his meaning is very clear.

\* I am not sure, but I think the authorities in her housing unit in West Palm might have taken all of her medications away from her, including her Zanax and her asthma medicine. I called on the phone and begged the nurse to be careful because I've been told that a person can have seizures or a stroke if Zanax is stopped without certain anti-stroke medications being given. The nurse I spoke with did not even know there was a letter from Dr. Kahane.

We feel that Julie has risked death and nerve damage at the hands of the authorities in West Palm. We beg you, when evaluating the weight of her deeds, to consider the terrible things Julie has been through, and how her safety might have been compromised by the authorities in West Palm.

I can guarantee to you that Julie will never, ever again repeat this offense. She is horrified by what she has done, and is extremely repentant. I know that Julie has thoroughly cooperated with the DEA. After her arrest she was totally honest and told them everything she knew. She was able to help in the arrest of some other people who were involved with illegal drugs to a much larger extent than she was. She was completely honest and open, and helpful to the DEA agents.

I am very thankful that you have read my letter. I will pray that you will have mercy on Julie, as she has truly suffered more in her lifetime than some people ever do. I feel that too severe a punishment will cause her to give up on life entirely, and cause her to lose her spirit. I feel that she was spared when she was so young and sick because there is a purpose for her life, and she has a lot to offer other people with her sympathetic nature and keen mind. She is much loved by family and friends for her beautiful good spirit. She is motivated to be a good citizen, to take up worthy goals, and to start over.

Very sincerely,

*Sandra Collins*
Julie's Mother

---

\* Dear Sir: I am quite sure that they discontinued her Zanax abruptly for several days.

I apologize that my letter is not without typographical errors. I am handicapped and it is difficult for me. S.C.

FROM : COMPASS HEALTH SYSTEMS    FAX NO. :    Jan. 18 2001 03:15PM P1

## COMPASS HEALTH SYSTEMS

1065 NE 125th Street, Suite 409 • North Miami, Florida 33161
305.891.0050 • Fax: 305.891.4228 • 1.888.85COMPASS • www.compass.md

January 18, 2001

Re: JULIE COLLINS

To Whom It May Concern:

Mrs. Julie Collins has been under my care. She has been progressing successfully with the treatment she has been following.

She has been prescribed several medications in the past with no avail. She, now, is on the following medications with successful results:

- XANAX .5 mg 1 to 6 po qd
- AMBIEN 10 mg 1 po qhs

The consequences for removing her from these medications can be detrimental to the patient health.

If you have any questions feel free to consequences for removal from these medications can be determined to this patient's mental health.

Sincerely,

Levi Kahane, MD
Psychiatrist

March 2, 2001


Honorable Judge Hurley
West Palm Beach Federal Court House
701 Clematis Street
West Palm Beach, Florida

RE:  Julie A. Collins
     1715 S. Anhinga Lane
     Homestead, FL  33035


Dear Judge Hurley:

I would like to state that my daughter, Julie Anne Collins comes from an intact family.  My wife and I have been married for thirty-three years.  My wife's family is an early Florida Pioneer family.  Julie's great, great grandfather was an early Florida writer whose books are in the Museum of History downtown. Her great grandmother, grandmother, aunts, and uncles were college professors and teachers.  Her great grandfather was the mayor of Sanford, Florida.

On my side of the family, my uncle was the mayor of Wallington, N.J.  My father was twice elected Commander of the state of N.J. for Disabled Veterans of America.

Both my wife and I have given our children an immense amount of love.  I feel that I know the character of my daughter, Julie Anne Collins.  I know that she is endowed with worthwhile values and morals.  I, myself have worked thirty-four years as a community family service worker, fifteen years with children-at-risk, and fifteen years with families under the Dade County Department of Youth and Family Development.

Julie has always been particularly close to my heart.  I was proud of her for the recognition she was given as outstanding freshman among panhellenic women at Florida State University. Upon graduation, she was awarded a degree in psychology and chemistry, cum laude, from Florida State.  We hoped that she would find a way to go into medicine, such as through the military, However, because of her asthma that was not possible.

Julie went to work as a supervisor at Sunrise Community for the Retarded.  Twice she was present at the death from hepatitis of a young person at Sunrise.  I know this job affected her intrinsically.  Julie worked very hard at Sunrise and was emotionally involved.

I would like to make a plea to the merciful side of the justice

system. My only experience with the judicial system is that I was called for jury duty five times, and I know how difficult it was for us as jurors to make decisions about people's lives. In Julie's case, I would like to state, she has never been in trouble with the law prior to now. My fear is that if she were imprisoned for any length of time, society might place a stigma on her which she would never be able to overcome. She has already felt extreme psychological pain from being incarcerated, and has been truly affected, and is repentant.

I as a father was in denial, and could not believe that Julie could have sunk to such a level as to be involved with illegal drugs. I truly believe that she is a victim in this tragedy, as one boyfriend, whom she had hoped to marry used her economically and probably exposed her to drug usage. As a father, I hope and pray that some day Julie will meet a man who will love her and take care of her.

I find it hard to believe that with our over-crowded prison system, with its repeat offenders, justice or society would be best served to give Julie any time in prison. If she were given probation, I know that she would be vigilant in response to this kindness. She has a lot to give society and people in general. She is loving, caring, and honest. I hope that you will be understanding.

Thank you,

*LeRoy G. Collins Jr.*

A loving father

February 27, 2001

Judge Hurley
West Palm Beach Federal Court House
701 Clematis Street
3rd Floor

RE: Julie Collins
1715 South Anhinga Lane
Homestead, FL 33035

Dear Judge Hurley:

It has been a great disappointment to find someone very near and dear to me in a situation which is very unbefitting and out of character for her. I am still trying to understand the how and why of this whole ordeal and I hope clarity on this whole matter will arrive some day.

Since you are in a position, which will have a significant impact on her life, I feel you must know certain things about her. Julie has a sweet spirit and a gentle nature. Things that come to mind when I think of her are her sharing and her kindness. She is very creative, intelligent and talented. Whenever she can she shares this with all of those around her. The world has a lot to gain by her presence in it.

I know Julie has done a lot of thinking about what she has done and the consequences it will have on her life. Knowing how she is, I am sure she will make this experience produce positive outcomes in her future.

Thank you for taking the time to read this letter. I will pray for you and all involved in this case since the decisions made will affect a lot of lives.

Sincerely,

*Amy Haeffner*
Amy Haeffner

Michelle Montesano
16430 Briar Patch Place
Miami, FL 33014


Tuesday, February 27, 2001


Re: Julie Anne Collins, # 55400-004


Dear Your Honor:

I am writing this letter on behalf of my friend, Julie Collins, who is awaiting sentencing in March. We have been friends for several years and this letter is my way of trying to help her.

I am sure that Julie is fully aware that she made a huge mistake in the path she took and feels that the time she has served thus far has made quite an impression on her already. I know that there are certain mandatory minimums required to be served but these minimums have backfired in the past. Because these minimums are established to catch the worst of the drug kingpins, they instead have filled prisons with non-violent, low-level drug offenders like Julie.

Please consider the fact that she has no previous record and that she cooperated with the police after her arrest. She also worked with them to help capture the larger distributor. She does have several physical conditions like asthma that have a great affect on her. She is an well-educated, caring woman, who can still turn her life around.

I hope that you will think about allowing her to be placed on probation instead of serving time in prison. I know that she won't make the same mistake again.

Thank you for taking the time to review my letter and I hope it has made a small impact on you and your judgement.

Sincerely,

*Michelle Montesano*

Michelle Montesano

**Laura Ann Weis**
**1530 Pennsylvania Ave. #305**
**Miami Beach, FL 33139**

Hm (305) 534-2333                                          Cel (305) 724-8171

December 11, 2000

Ms. Julie Collins
1715 S. Anhinga
Homestead, FL 33035

To Whom It May Concern:

    I have been asked to write a letter regarding Ms. Julie Collins personal character. I have personally known Julie for approximately 8 years. I met Julie while attending the same university, Florida State University, in Tallahassee Florida in 1992. Ever since I have known Julie she has always been a very giving and bighearted person, even when it was at the cost of sacrificing herself at times.

    When you are asked to describe a person, it is difficult to come up with specific words that capture every aspect of that particular persons character and unique personality. If I were limited to three words to describe Julie, I would saw she is overwhelmingly generous, extremely outgoing, and particularly intelligent. She has other qualities that seem small to others, but are very noticeable to me, her ability to learn just about anything, from Latin to electrical wiring, has always amazed me.

    Her intelligence is a marvel all of its own. In the same conversation she can discuss quantum physics as well as list all the best titles on the latest trance release. Her diversity of knowledge as well as her level of comprehension and retention of it is definitely extraordinary. She has always had the desire to help people and with her experiences and degree in psychology, I think she would make a great counselor or peer advisor.

    Julie's qualities, an educated individual who is extremely personable, should really be taken into account when deciphering her fate. She has a lot to offer society. Her level of generosity has had her taken for granted and under appreciated at times, which this exact situation can demonstrate, but she really can serve our society better if her talents and qualities are utilizes out in the public.

    In closing, I would like to say that Julie is a great person, she is one of my best friends and is someone that I would do anything for; I know that this experience will bring something good out of it. I know that her life will never be the same and maybe that is a good thing, but I do know that her perception of life and the way that she will live it in the future will definitely be more appreciated.

Sincerely,
Laura Weis