UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-CR-HURLEY

UNITED STATES OF AMERICA,   :

     Plaintiff,   :

v.   :

JULIE COLLINS,   :

     Defendant.   :

_____/



## SUPPLEMENTAL NOTICE OF FILING LETTERS, CERTIFICATES, AND MEDICAL RECORDS FOR SENTENCING

The defendant, Julie Collins, by and through undersigned counsel, hereby files the following additional letters, certificates and medical records to be taken into consideration at sentencing:

1.    Letter from Derek Tyler, attorney and friend of Julie.

2.    Medical Records from Julie's psychiatrist, Levi Kahne.

3.    Various certificates and diplomas.

4.    Five (5) letters concerning her education from The Florida State University.

5.    Letter from Dr. Jules Minkes regarding Julie's consideration for medical school.

6.    Letter regarding Julie's inclusion in Who's Who.

7.    Letter from her employer, Sunrise Community.

*PA 97*

8.    Letter from Daniel Minkes, attorney at law.

9.    Julie's resume.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

2 6 day of March, 2001 to Nancy Vorpe-Quinlan, Esquire, United States Attorney's Office, 500

Australian Avenue, Suite 440, West Palm Beach, Florida 33301 and to Sheila Tierney, United States

Probation Office, 501 South Flagler Drive, Suite 400, West Palm Beach, Florida 33132.

_____
Samuel J. Smargon

S:\SMARGON\Collins\Filing.2.wpd

2

LAW OFFICES OF
# DEREK TYLER
BANK OF AMERICA BUILDING, SUITE 209
930 WASHINGTON AVENUE
MIAMI BEACH, FLORIDA 33139


**DEREK TYLER**
MEMBER OF THE FLORIDA BAR

**TELEPHONE**
**305-532-7463**
**FAX:**
**305-534-8813**


12 March 2001


Sheila E. Tierney
United States Probation Officer
United States District Court
501 South Flagler Drive
Suite 400
West Palm Beach, FL 33401


RE: JULIE ANNE COLLINS; CASE NO: 00-6198  CR  HURLEY


Dear Officer Tierney:

I write this letter on behalf of Julie Anne Collins. The purpose of this letter is to demonstrate the justness and correctness of recommending to this Honorable Court great leniency and mercy on Julie in your pre-sentence investigation report to this Honorable Court.

I met Julie at her parent's house in Homestead, Florida, in October of 2000. We met through a mutual acquaintance. She was crying and discussed with me the above referenced case. She was very distraught emotionally. She told me that her attorney was Federal Public Defender Samuel Smargon who was one of my litigation skills professor at the University of Miami School of Law. As her friend, I accompanied her to a meeting with her lawyer, Sam Smargon, at the Federal Public Defenders Office, for her emotional support, to say "hi" to Sam, and to learn more about the Government's case against Julie and what she is facing.

Since that time we have seen each other socially. In the short time we have known each other, we have developed a close friendship. I know Julie to be an honest, sober, chaste, intelligent, hard working, and kind person. At the time we met, she worked in a record store with a professional disc-jockey, ("DJ"), clientele which caters to specialized areas of music. Julie is a self-taught professional DJ. I have seen her proficiency as such, especially operating, maintaining, and repairing stereo, recording, and other audio equipment of all kinds.

Julie Anne Collins is kind, gentle, loving, and of good moral character. An example of her good moral character is a situation where she was offered lucrative employment as a disk jockey in a popular Coconut Grove night club which ultimately she quit rather than succumb to the sexual advances of the hiring manager.

I am a lawyer with a solo criminal practice. I have no secretarial or other help of any kind. One year ago, I absorbed the clientele of a presently inactive colleague. I have two office locations on Miami Beach, where I have lived since I was four. Julie offered to help me organize the heaps of correspondence, pleadings, and files which are constantly growing. I accept her offer because I trust her. I trust her in my home, my offices, and more importantly, with my case files which are confidential according to the oath of my profession. My law practice is of grave concern to me at all times. I have rejected other offers of help in the past because I did not find a person I trusted with my case files. Julie's honesty and kindness gave me the assurance that I needed in an assistant. I have more than enough work to keep Julie working permanently, full-time, and on an overtime basis. Before her plea date on 19 January 2001, Julie set up a permanent filing system where the filing process can cease and continue without digression.

Julie was born and raised in Miami, Florida, where she has lived her whole life. She attended and graduated from South Dade Senior High School. She graduated from Florida State University with a degree in Psychology. She loves and takes care of her animals, including two cats and a dog.

She has never shunned responsibility for her actions in this case. She cooperated fully with the Government from the beginning. She did not give a false name, deceive, nor attempt to deceive law enforcement authorities. She has fulfilled all special conditions of pre-trial release, including passing all drug tests, as well as being fully compliant with

pre-trial services. She is a gentle person with no violent history. She has no prior arrests. She is not a flight risk.

Julie has been incarcerated since 19 January 2001. I have visited her several times at the Federal Detention Center - Miami. Initially, Julie was housed for about a week at the West Palm Beach Stockade. Our first visit was extremely troubling because Julie had been unable to receive her prescription medication, Xanax, for her anxiety and panic attacks. She was sobbing, stuttering over every word, and shaking uncontrollably. She had gone six days without the medication which can be potentially fatal, and can cause seizures when cut off abruptly. Julie later complained of seeing spots and hallucinating from being denied her medication. Julie has a sensitive and gentle disposition. She has suffered greatly from the hard conditions of incarceration, compounded by the harsh and sudden withdrawal of her prescribed medication.

Officer Tierney, I urge you to recommend to this Honorable Court, great mercy and leniency in the case of Julie Anne Collins. She has truly learned her lesson and is of a broken spirit and a contrite heart. From the standpoint of retribution, there is no further Government interest in her continued incarceration. Since I have known Julie, the writing has been on the wall, in terms of knowing that she was going to prison. And "weighed in the balances [we] are found wanting." But no amount of mercy and leniency for Julie, no matter how great or unmerited, will be unavailing.


Respectfully,



Derek Tyler, Esquire


cc:     The Honorable Daniel T.K. Hurley, United States District Judge
        Nancy Vorpe-Quinlan, Assistant U.S. Attorney
        Samuel J. Smargon, AFPD, Defense Counsel

OFFICE OF THE FEDERAL PUBLIC DEFENDER
SOUTHERN DISTRICT OF FLORIDA
150 WEST FLAGLER ST., SUITE 1700
MIAMI, FLORIDA 33130-1555
(305) 530-7000

## MEDICAL INFORMATION RELEASE AUTHORIZATION

RE:    Client/Patient:    JULIE ANNE COLLINS
       Date of Birth:     01/16/71
       Case No.:          00-6198-Cr-Hurley

ATTN: Records Custodian
PHYSICIAN'S NAME:  Dr. Levi Kahne

Pursuant to my legal right to receive information relating to me and my condition, I hereby authorize any physician, surgeon, hospital, ambulance company, or other health care provider to release to the Office of the Federal Public Defender for the Southern District of Florida, its attorneys, representatives and/or investigators, all medical information, records, x-ray films, bills and evidence in your possession regarding my medical history and physical condition, including psychiatric examinations, alcohol and/or substance abuse information.

This medical authorization, or photostatic copy hereof, rescinds all previous authorization and that no such or records are to be released to anyone other than my attorneys or their investigators.

## CONFIDENTIAL DISCLOSURE

You are also reminded that I rely on your strict observance of your fiduciary obligation to maintain in tact the confidential nature on which the patient-health care provider relationship is founded. Please do not discuss my condition, or any matter related thereto, with anyone other than myself, my attorneys and their investigators, and other health care providers involved or consulted in my treatment unless I expressly consent to such discussion.

_Oct. 24 2K_
Date

_Julie Collins_
Signature

SWORN AND SUBSCRIBED BEFORE ME THIS 24 DAY OF Oct, 2000.

Notary Public, State of Florida

My commission expires: 9/5/04

Lee Lahle
Commission # CC 965457
Expires Sep. 5, 2004
Bonded Thru
Atlantic Bonding Co., Inc.

## Compass Health Systems
### PROGRESS NOTE

**CLIENT NAME:** Coller, John          **DATE:** 12/18/00

**LOCATION:** ___   ☐ CLIENT SEEN   ☐ FAMILY SEEN   ☐ SEEN IN GROUP

**SUBJECTIVE:** _____

**OBJECTIVE/CURRENT SYMPTOMS/MENTAL STATUS:** _____

**LAB DATA:** _____

☐ **PSYCHOTHERAPY PROVIDED / (RELEVANT ISSUES/EVENTS):** _____

**TECHNIQUE(S) UTILIZED:** _____   **RESPONSE TO INTERVENTIONS:** _____

### PROBLEM STATUS   REFER TO THE INITIAL TREATMENT PLAN
STATUS: MET  New Goal  Improving  Worsening  No Change

**PROGRESS TOWARDS GOAL / LACK THEREOF:**

| | MET | New Goal | Improving | Worsening | No Change |
|---|---|---|---|---|---|
| PROBLEM #1: | | | | | |
| GOAL #1: | ☐ | ☐ | ☐ | ☐ | ☐ |
| GOAL #2: | ☐ | ☐ | ☐ | ☐ | ☐ |
| GOAL #3: | ☐ | ☐ | ☐ | ☐ | ☐ |
| PROBLEM #2: | | | | | |
| GOAL #1: | ☐ | ☐ | ☐ | ☐ | ☐ |
| GOAL #2: | ☐ | ☐ | ☐ | ☐ | ☐ |
| GOAL #3: | ☐ | ☐ | ☐ | ☐ | ☐ |

**ASSESSMENT /DIAGNOSIS:** ☐ MAJOR DEPRESSION  ☐ DYSTHYMIC D/O  ☐ ADHD  ☐ SCPI  ☐ SCHIZOAFFECTIVE D/O  ☐ PANIC DISORDER  ☐ GENERALIZED ANXIETY DISORDER  ☐ POST TRAUMATIC STRESS D/O  ☐ BIPOLAR DISORDER  ☐ OTHER (SPECIFY) _____

**GAF (Global Assessment of Functioning: 0-100):** ____

**PLAN:** ☑ MEDICATION MANAGEMENT  ☑ PSYCHOTHERAPY  (Reason For Continued Treatment) _____

| CONTINUE | CHANGE | START | D/C | MEDICATION | DOSAGE | FREQUENCY | SIDE EFFECTS OR COMMENTS |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | Serzone | 200 | QID | |
| ☐ | ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | ☐ | | | | |

☐ DISCUSSED RISKS/BENEFITS OF MEDICATIONS WITH THE CLIENT

☐ RETURN TO OFFICE IN: ☐ ___ WEEKS ☐ ___ MONTHS   ☐ COMMUNICATE WITH PCP

**TIME SPENT:** ☐15 ☐20-30 ☐45-50 ☐60 ☐80  ☐ REFER FOR: _____  ☐ D/C FROM TREATMENT

**SIGNATURE:** _____  **NAME:** _____  **CREDENTIAL/TITLE:** MD

**Compass**
**PROGRESS NOTE**

Collos, Jule                                          DATE: 11/10/00

_____  ☐ CLIENT SEEN   ☐ FAMILY SEEN   ☐ SEEN IN GROUP

" _My Court Date was Delayed_ "

CURRENT SYMPTOMS/MENTAL STATUS: _____
_____
_____
_____ LAB DATA: _____

CHOTHERAPY PROVIDED / (RELEVANT ISSUES/EVENTS): _____
_____
_____
_____

TECHNIQUE(S) UTILIZED: _____   RESPONSE TO INTERVENTIONS: ____

---

**PROBLEM STATUS    REFER TO THE INITIAL TREATMENT PLAN**
STATUS:  MET   New Goal   Improving   Worsening   No Change

PROGRESS TOWARDS GOAL / LACK THEREOF:

| | MET | New Goal | Improving | Worsening | No Change |
|---|---|---|---|---|---|
| PROBLEM #1: | | Anx | | | |
| GOAL #1: | ☐ | ☐ | ☐ | ☐ | ☒ |
| GOAL #2: | ☐ | ☐ | ☐ | ☐ | ☐ |
| GOAL #3: | ☐ | ☐ | ☐ | ☐ | ☐ |
| PROBLEM #2: | | Depression | | | |
| GOAL #1: | ☐ | ☐ | ☒ | ☐ | ☐ |
| GOAL #2: | ☐ | ☐ | ☐ | ☐ | ☐ |
| GOAL #3: | ☐ | ☐ | ☐ | ☐ | ☐ |

ASSESSMENT /DIAGNOSIS: ☐ MAJOR DEPRESSION  ☐ DYSTHYMIC D/O  ☐ ADHD  ☐ SCPT  ☐ SCHIZOAFFECTIVE D/O
☐ PANIC DISORDER   ☐ GENERALIZED ANXIETY DISORDER   ☐ POST TRAUMATIC STRESS D/O   ☐ BIPOLAR DISORDER
☐ OTHER (SPECIFY) _____

GAF (Global Assessment of Functioning: 0-100): _____

PLAN: ☐ MEDICATION MANAGEMENT   ☐ PSYCHOTHERAPY   (Reason For Continued Treatment): _____

| CONTINUE | CHANGE | START | D/C | MEDICATION | DOSAGE | FREQUENCY | SIDE EFFECTS OR COMMENTS |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | lexor | 200 m | | |
| ☒ | ☐ | ☐ | ☐ | xenel | 9.15 m | po QID | |
| ☐ | ☐ | ☐ | ☐ | | | | |

☐ DISCUSSED RISKS/BENEFITS OF MEDICATIONS WITH THE CLIENT.

☐ RETURN TO OFFICE IN: ____ WEEKS  ☐ ____ MONTHS    ☐ COMMUNICATE WITH PCP

TIME SPENT: ☐15 ☐20-30 ☐45-50 ☐60 ☐80  ☐ REFER FOR: _____   ☐ D/C FROM TREATMENT

SIGNATURE: _____   NAME: _____   CREDENTIAL/TITLE: MD

**Compass**
Health Systems

**PROGRESS NOTE**

CLIENT NAME: _Collins, John_  DATE: _6/13/00_

LOCATION: _M_  ☐ CLIENT SEEN  ☐ FAMILY SEEN  ☐ SEEN IN GROUP

SUBJECT: " _Doz_ _Dec_ _of_ _Pen_

OBJECTIVE/CURRENT SYMPTOMS/MENTAL STATUS: _____

_____

_____

_____  LAB DATA:

☐ PSYCHOTHERAPY PROVIDED / (RELEVANT ISSUES/EVENTS) : _____

_____

_____

TECHNIQUE(S) UTILIZED: _____  RESPONSE TO INTERVENTIONS: _____

| PROBLEM STATUS | REFER TO THE INITIAL TREATMENT PLAN | | | | PROGRESS TOWARDS GOAL / LACK THEREOF: |
|---|---|---|---|---|---|
| STATUS: MET | New Goal | Improving | Worsening | No Change | |
| PROBLEM #1: | | | | | |
| GOAL #1: ☐ | ☐ | ☐ | ☐ | ☐ | |
| GOAL #2: ☐ | ☐ | ☐ | ☐ | ☐ | |
| GOAL #3: ☐ | ☐ | ☐ | ☐ | ☐ | |
| PROBLEM #2: | | | | | |
| GOAL #1: ☐ | ☐ | ☐ | ☐ | ☐ | |
| GOAL #2: ☐ | ☐ | ☐ | ☐ | ☐ | |
| GOAL #3: ☐ | ☐ | ☐ | ☐ | ☐ | |

ASSESSMENT /DIAGNOSIS: ☐ MAJOR DEPRESSION  ☐ DYSTHYMIC D/O  ☐ ADHD  ☐ SCPT  ☐ SCHIZOAFFECTIVE D/O
☐ PANIC DISORDER  ☐ GENERALIZED ANXIETY DISORDER  ☐ POST TRAUMATIC STRESS D/O  ☐ BIPOLAR DISORDER
☐ OTHER (SPECIFY) _APT D/O_

GAF (Global Assessment of Functioning; 0-100): _65/70_

PLAN: ☐ MEDICATION MANAGEMENT  ☐ PSYCHOTHERAPY  (Reason For Continued Treatment) : _____

| CONTINUE | CHANGE | START | D/C | MEDICATION | DOSAGE | FREQUENCY | SIDE EFFECTS OR COMMENTS |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | | | | |
| ☑ | ☐ | ☐ | ☐ | _Serz_ | _700_ | _PO o_ | |
| ☐ | ☐ | ☐ | ☐ | _Xnl_ | _0.25_ | _qd_ | |
| ☐ | ☐ | ☐ | ☐ | | | | |

☐ DISCUSSED RISKS/BENEFITS OF MEDICATIONS WITH THE CLIENT:

☐ RETURN TO OFFICE IN: _2_ WEEKS ☐ _____ MONTHS  ☐ COMMUNICATE WITH PCP

TIME SPENT: ☐15  ☐20-30  ☐45-50  ☐60  ☐80  ☐ REFER FOR: _____  ☐ D/C FROM TREATMENT

SIGNATURE: _____  NAME: _____  CREDENTIAL/TITLE: _____

**Compass** Health Systems
## PROGRESS NOTE

CLIENT NAME: _Collas, J.M._  DATE: _9/5/__

LOCATION: _in_  ☐ CLIENT SEEN  ☐ FAMILY SEEN  ☐ SEEN IN GROUP

SUBJECT: " _I Am Doin' OK_ "

OBJECTIVE/CURRENT SYMPTOMS/MENTAL STATUS: _____

_____

_____

_____ LAB DATA: _____

☐ PSYCHOTHERAPY PROVIDED / (RELEVANT ISSUES/EVENTS): _____

_____

_____

_____

TECHNIQUE(S) UTILIZED: _med_  RESPONSE TO INTERVENTIONS: _____

| PROBLEM STATUS | REFER TO THE INITIAL TREATMENT PLAN | | | | |
|---|---|---|---|---|---|
| STATUS: | MET | New Goal | Improving | Worsening | No Change |

**PROGRESS TOWARDS GOAL / LACK THEREOF:**

| | MET | New Goal | Improving | Worsening | No Change |
|---|---|---|---|---|---|
| PROBLEM #1: | | | | | |
| GOAL #1: ☐ | ☐ | ☒ | ☐ | ☐ | ____ |
| GOAL #2: ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| GOAL #3: ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| PROBLEM #2: | | | | | |
| GOAL #1: ☐ | ☐ | ☒ | ☐ | ☐ | ____ |
| GOAL #2: ☐ | ☐ | ☐ | ☐ | ☐ | ____ |
| GOAL #3: ☐ | ☐ | ☐ | ☐ | ☐ | ____ |

ASSESSMENT /DIAGNOSIS: ☐ MAJOR DEPRESSION ☐ DYSTHYMIC D/O ☐ ADHD ☐ SCPT ☐ SCHIZOAFFECTIVE D/O
☐ PANIC DISORDER ☐ GENERALIZED ANXIETY DISORDER ☐ POST TRAUMATIC STRESS D/O ☐ BIPOLAR DISORDER
☐ OTHER (SPECIFY) _____

GAF (Global Assessment of Functioning: 0-100): _____

PLAN: ☐ MEDICATION MANAGEMENT ☐ PSYCHOTHERAPY (Reason For Continued Treatment) : _____

| CONTINUE | CHANGE | START | D/C | MEDICATION | DOSAGE | FREQUENCY | SIDE EFFECTS OR COMMENTS |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | _Zoloft_ | _200 m_ | _1 po_ | _qd_ |
| ☐ | ☐ | ☐ | ☐ | _Xanax_ | _0.25 - 0.75_ | _q_ | _q 6h_ |
| ☒ | ☐ | ☐ | ☐ | | | | |

☐ DISCUSSED RISKS/BENEFITS OF MEDICATIONS WITH THE CLIENT

☐ RETURN TO OFFICE IN: ☐ ____ WEEKS ☐ ____ MONTHS ☐ COMMUNICATE WITH PCP

TIME SPENT: ☐ 15 ☐ 20-30 ☐ 45-50 ☐ 60 ☐ 80 ☐ REFER FOR: _____ ☐ D/C FROM TREATMENT

SIGNATURE: _____  NAME: _____  CREDENTIAL/TITLE: _____



# The Florida State University

## College of Arts and Sciences

has conferred upon

### Julie Anne Collins

the degree of

## Bachelor of Science

in Psychology
Cum Laude

with all the rights, honors and privileges thereunto appertaining.
Witness the Seal of the University and the signatures
of its duly authorized officers thereunto affixed.

Given at Tallahassee, Florida, this thirteenth day of August, in the year
one thousand nine hundred and ninety-three.

PRESIDENT OF THE UNIVERSITY

Lawrence G. Abele
DEAN

GOVERNOR OF THE STATE OF FLORIDA

CHAIRMAN OF THE BOARD OF REGENTS

Charles B. Reed
CHANCELLOR STATE UNIVERSITY SYSTEM

FLORIDA STATE UNIVERSITY 1851

# South Dade Senior High School

## Dade County, Florida

This certifies that

### Julie Anne Collins

having satisfactorily completed all requirements of law and standards for high school graduation as prescribed by the State Board of Education and the District School Board is hereby awarded this

## Diploma

by order of the Dade County District School Board

Given this sixteenth day of June, one thousand nine hundred and eighty-nine.

_Superintendent of Schools_

_Chairman, School Board_



# Certificate

### Awarded to

## Julie Collins

*in recognition of participation and successful completion of training in*

# OSHA Standard - 29 CFR1910 1030

*Presented this 8th day of August, 1995*



1.5
___
HOURS



SUNRISE COMMUNITY, INC.

_____
INSTRUCTOR



# Certificate

Awarded to

## Julie Collins

in recognition of participation and successful completion of training in

### Human Immunodeficiency Virus (HIV)/
### Acquired Immunodeficiency Syndrome (AIDS)

Presented this 8th day of August, 1995

_____
INSTRUCTOR

4.0
HOURS

SUNRISE COMMUNITY, INC.

# CERTIFICATE of COMPLETION

awarding .6 CEUs (or 6 credit hours) to the below signed attendee, according to the guidelines set forth by the National Task Force on the Continuing Education Unit, for attending and participating in

## Managing Multiple Projects, Objectives and Deadlines



Julie Collier
Signature of Seminar Participant

Denise M. Dudley
Denise M. Dudley, Ph.D.
Executive Vice President

11-29-95
Date

Jerry R. Brown
Jerry R. Brown
President

SkillPath Seminars, 6900 Squibb Road, Suite 300, Mission, Kansas 66202
*A division of The Graceland College Center for Professional Development and Lifelong Learning, Inc.*



FRED PRYOR SEMINARS
DIVISION OF PRYOR RESOURCES, INC.

THIS IS TO CONFIRM THAT

Julie Collins

COMPLETED THE SEMINAR ENTITLED

(SELF-DIRECTED WORK TEAMS)

date 10-20-95

CONTINUING EDUCATION UNITS
(YOUR SIGNATURE VALIDATES THIS CERTIFICATE)

# Certificate

*Awarded to*

## Julie Collins

*in recognition of participation and successful completion of training in*

**AGGRESSIVE CONTROL TECHNIQUES (ACT)**

*Presented this 14th day of September, 1995*



SUNRISE COMMUNITY, INC.



INSTRUCTORS

<u>15</u>
HOURS



# PANHELLENIC ASSOCIATION
## Florida State University

UNIVERSITY UNION — (904) 644-2421 — TALLAHASSEE, FL 32306

November 28, 1989

Ms. Julie Collins,

The Florida State University Panhellenic Association is pleased to inform you that you are the recipient of the Scholarship for an Outstanding Freshman.  The scholarship is in the amount of $500.

This organization is pleased to be able to help support your future education financially.  We compliment you on your academic performance and wish you continued success during your Sophomore year.

With warm regards,
The 1989 Panhellenic Officers



**The Florida State University**
Tallahassee, Florida 32306-1012

*Undergraduate Studies*
*Office of the Dean*

January 12, 1990

Ms. Julie A. Collins
1715 S. Anhinga Ln.
Homestead, FL  33035

Dear Ms. Collins:

Happy 1990!  As we begin a new year, it is also a time for us to reflect on the "good things" that happened to us in 1989.  We are happy to share in the excitement of one of your successes, and to congratulate you for making the Dean's List for Fall semester.

Inclusion on the Dean's List is a formal recognition of your personal commitment to get the most out of your college years.  It shows self-discipline and a personal investment and involvement in learning.

We urge you to continue to take advantage of the college years, to want to know and from knowing, understand.  Our hope for you is that you continue to make a love of learning and a joy in living part of your personal and professional goal.

You are the kind of student who makes the University an exciting place to be, who makes teachers look forward to walking into the classroom, and who serves as excellent motivation to your fellow students.  On behalf of all of our faculty, we thank you for your contribution to Florida State.

Sincerely,

Elisabeth Muhlenfeld, Dean
Undergraduate Studies

Sandra Rackley, Assoc. Dean
Undergraduate Studies

EM:SR:ds

**The Florida State University**
Tallahassee, Florida 32306-1012

*Undergraduate Studies*
*Office of the Dean*

May 25, 1990

Ms. Julie A. Collins
210 Edwards St.
Tallahassee, FL  32304

Dear Ms. Collins:

It is with great pride that we accept the responsibility to congratulate you for making the Dean's List for the Spring 1990 semester. A grade report is only one measure of your ability, but nevertheless it clearly indicates your concern for and commitment to the values of higher education. Yours is a fine achievement. Congratulations!

This was a beautiful Spring in Tallahassee, creating for most of us more than just the traditional spring fever. It made us long for a slower pace, outdoor picnics and fun at the beach. Through it all, you kept your priorities straight and your educational and intellectual goals clearly before you. This was a wonderful way to finish the year. We know you, your family and your friends are proud of your excellent academic record.

We wish for you an enjoyable and productive summer -- a time to relax, reassess goals and to prepare for another academic year. You are the kind of student that brings special meaning to a university, for your teachers as well as your fellow students. On behalf of all our faculty, we personally thank you and look forward to your return.

Keep up the good work!

Sincerely,

Elisabeth Muhlenfeld, Dean
Undergraduate Studies

Sandra Rackley, Assoc. Dean
Undergraduate Studies

EM:SR:ds

**The Florida State University**
Tallahassee, Florida 32306-1051

*Department of Psychology   R-54*

June 21, 1993

To whom it may concern:

This letter is in reference to Julie Collins' application for employment. Julie was a student in my undergraduate Abnormal Psychology course in the Fall term of 1992 and in a Special Studies course I directed from August of 1992 through April of 1993. I believe that these experiences with Julie allow me to make an informed recommendation concerning her abilities related to these experiences and concerning her personal character and work ethic, in general.

Julie was a bright and able student in my Abnormal Psychology course and her performances on the written exams were excellent. She was one of only a small number of select students who were allowed to enroll in the Special Studies course. In this course, students were required to read professional level journals, summarize the articles, and present the summaries to the class. They were presented with more sophisticated material than is typical for undergraduate students, and they were asked to discuss their ideas about this material. Further, students conducted interviews with elderly people. Julie did an excellent job in this course, demonstrating both intelligence and originality. Further, she was mature, thorough, conscientious, and dependable.

In conclusion, Julie is an intelligent, able, dedicated, and responsible person. I am certain that she will apply these admirable characteristics to any job to which she commits herself and that she will become a highly valued employee.

Sincerely,

Mark H. Licht, Ph.D.
Associate Professor



**The Florida State University**
Tallahassee, Florida 32306-1051

August 2, 1993

*Department of Psychology   R-54*

To Whom it May Concern:

This is a general letter of recommendation with regard to employment for Ms. Julie Collins.

It is a pleasure to be able to recommend her highly, and without reservations.

During the 1992-1993 academic year Ms. Collins was an assistant in my research laboratory within the neuroscience program in the Psychology Department. She assisted in a variety of tasks ranging from animal testing to data summarization. Her performance of all tasks was excellent. Bright, interested, dependable, she worked well with the other assistants and graduate students.

I have no doubt that she will continue to perform excellently in a variety of employment situations and am aware of nothing negative that would detract from this highly positive recommendation.

If you wish any further information, please do not hesitate to contact me at the above address or at (904) 644-9873.

Sincerely,

Glayde Whitney
Professor

GW/sw

**Suburban Medical**
...in the heart of South Dade
**Center**

January 17, 1995


Ms. Marla Frohlinger, Director of Admissions
Southeastern College of Osteopathic Medicine
1750 Northeast 168th Street
North Miami Beach, FL  33162

RE:   JULIE COLLINS

Dear Marla,

    I had the pleasure of meeting Julie Collins two years ago.
She had finished her undergraduate studies and was determined to
complete the requirements needed to enter medical school.

    Several years ago, when Julie realized that she wanted to
enter the health care field, she investigated the various schools
of medicine.  She felt an immediate attraction to osteopathic
medicine, since the philosophy of holistic medicine matches her
own.

    Julie is extremely intelligent and a diligent student,
leading her classes in most of her subjects.  In addition, she is
self confident, independent, mature and dedicated.  Julie's
father is a social worker and her mother is a teacher.  Her home
provided her with insight in dealing with people as well as the
desire to help others.

    I believe that Julie will definitely be an asset to the
profession.

    If you need additional information, please call me at
(305)255-3950.  And, as usual, Marla, thanks for your help.

                              Sincerely,

                              *Jules G. Minkes D.O.*

                              Jules G. Minkes, D.O.


JGM/dmc

INTERNATIONAL

# WHO'S WHO

*of Professionals*™

February 5, 1996

Dear Ms. Collins,

As the result of recent studies of millions of professionals, you have been selected as a potentially qualified candidate for inclusion in the 1996 edition of International Who's Who.

Specifically, Ms. Collins, our researchers gather information from numerous available sources including professional associations and societies, trade organizations, newspaper and magazines, professional reference publications and anonymous referrals from existing members.

Our experience has proven that our current information may not be the most recent, and in order for us to maintain a higher level of accuracy, we ask our candidates to complete the enclosed biographical membership application.

Recognition of this kind is a heritage shared by thousands of unique professionals for over 100 years. The publication is also a tremendous networking tool and third party endorsement.

As a highly respected professional in your field, we believe your achievements merit very serious consideration for inclusion.

Please take the time to complete the enclosed biography and return it to our membership selection committee as soon as possible.

Sincerely,

Terrence J. Leifheit
President

TL:sha
Enclosure (1)

P.S. There is no cost or obligation on your part for your inclusion in the International Who's Who directory. For accuracy and publication purposes, we do need you to complete and return the enclosed biography form with your authorization signature no later than March 5, 1996. Thanks.



# SUNRISE COMMUNITY INC.

22300 SW 162nd Ave
Miami, FL 33170
Telephone: (305) 245-6150
Fax: (305) 245-5986

OFFICERS OF
THE BOARD:

Chairperson —
George L. Spelios, DDS

First Vice Chairperson —
Stephen T. Rice, CLU, ChFC

Second Vice Chairperson —
Steven M. Weinger, Esq.

Secretary —
Dorothy W. Adside

Treasurer —
Geraldine Tucker


BOARD OF
DIRECTORS:

Cesar C. Cruz
Barnett A. Greenberg, DBA
Howard B. Greenstein, MBA
Richard H. McCarthy
Robert H. Moring, CLU, CFP
Richard L. Rubin, MD
Richard Smith
Gloria A. Wetherington
Pauline A. Young, EdD



OFFICERS OF
THE CORPORATION:


President /CEO-
Les Leech, Jr.


Secretary/Treasurer —
James G. Weeks, PhD

February 6, 1996


Dear Julie,

   I would like to take this opportunity to thank you for being present on Saturday for the Board of Trustees presentation.  Your interaction with the members was excellent!

   In addition, I would like to tell you that I read your notes addressed to your Training Instructors, as well as the memo you wrote to the Nursing Department, and I am very pleased to know that you are advocating for all the individuals in Villa 3 and have made programming a priority.

   Please keep up the great work and know that all your efforts are appreciated.

Sincerely,

Janet Torres-Martinez
Director Group 1

cc:  Marcella Henry, Administrator - 120 Facility
     Personnel File

A Private Not-For-Profit Corporation
Providing support and assistance to persons with disabilities

LAW OFFICES OF

# DANIEL C. MINKES

17615 S.W. 97TH AVENUE
MIAMI, FLORIDA 33157

DANIEL C. MINKES
MEMBER OF THE FLORIDA BAR

TELEPHONE
(305) 255-9676
(305) 255-2341
FAX
(305) 233-2503

July 1,  1995

To whom it may concern:

This letter is for highest recommendation of Julie Anne Collins
for any employment or education program in which she may chose to
endeavor. I have known Julie for several years.  In September,
1993, she joined our corporation, DCM Enterprises, Inc., as
Director of Marketing and Promotions.  Her primary charge was the
New Orleans Music Hall, a 10,000 square foot facility near the
convention center, for which we acquired a management contract in
January, 1994.  Julie successfully arranged, coordinated, and
promoted several concert, charity,  and special events, including
fundraisers for a number of political candidates in the 1994 New
Orleans races.  These included the successful mayor and District
2 City Council candidates.

In addition,  Julie was involved in the planning and day-to-day
management  of  the  facility  and  was  solely  responsible  for
handling of the revenues which were primarily cash.  She was
crucial to the operation as much of my time was devoted to my
Miami law practice.  Her tireless efforts and communicative
skills were vital as we turned around in a few short months what
was essentially a failed business.  She recently left us to
pursue a career in either medicine or computer science.

Julie's academic record is outstanding. She is unique in that she
has incredible abilities in both the sciences and creative arts.
As a result, her options are unlimited. At her young age she has
been successful in every area she has entered.

Julie comes from a solid family background with strong moral
values. She is highly intelligent, devoted, dedicated, and has
the ability to handle multiple responsibilities at one time. To
date, we still seek her advice and input in all our prospective
business ventures.  I could not more highly recommend any
individual.  If there are any questions I may be contacted at the
numbers listed above.

Sincerely yours,

Daniel C. Minkes, Esq.

**JULIE COLLINS**
**1715 South Anhinga Lane**
**Homestead, FL 33035**
**(305) 246-2854**

## QUALIFIED BY:

A background, heavy in science, that demonstrates a high level of academic achievement and competency in several areas. These include: psychology, biology, chemistry, physics, computers, data entry, research methodology, and management experience.

## RESEARCH AND APPLIED EXPERIENCE

includes: knowledge and understanding of applied behavioral analysis, a high proficiency in the areas of research design and implementation, experience with medical and psychological evaluation techniques, a diverse background of projects through which I gained competence in data collection (with both animals and human subjects), technical laboratory skills, preparation and analysis of journal articles, extensive computer skills, and proficiency in statistical analysis. I have worked in group settings with chronic, paranoid schizophrenics and gained skills needed to work with an adult population afflicted with obscure, organic, neural disorders. I have worked in an institutional setting, as well as in private homes. I have worked with elderly adults on an independent pilot study which I helped design. I have worked extensively with normal, as well as, developmentally disabled, and severely abused children. I have management experience running a special events facility, and I am currently a home director for a 120 person intermediate care facility, for developmentally disabled adults.

1.      **Sunrise Community , Inc.**          **August 1995-Current employer**
        **22300 SW 162 Avenue**
        **Miami, FL 33170**
        **Judith Rosario    (305) 245-6150**
        **My Job Title:  Home Director Villa #3**
- *Managed all day to day operations of a ten bed home and its staff, on an ICF/DD facility*
- *Chaired the Inter Disciplinary Team (IDT) for all ten of the individuals who resided in the home*
- *Served as the Administrative Officer for the entire 120 bed facility as needed*
- *Developed, coordinated, and implemented Habilitation plans for all ten of the individuals in my home, while ensuring that each plan identified strengths, needs for services, skills, interests, and present and future opportunities*
- *Ensured that the sequences of skill development lead toward anticipated outcomes stated in the Habilitation Plan by reviewing and/or intervening when there was a need.*
- *Maintained communication between families, significant others, and all departments involved in the individual's life (dietary, nursing, OT/PT, etc.)*
- *Provided training to all direct care staff on skills related to the performance of their duties*
- *Tracked, monitored and allotted all funds for the home as well as the resident's personal accounts.*

2.   DC... Enterprises  1993-95
     Miami, FL and New Orleans, LA
     Daniel C. Minkes   (305) 255-9676
     **My Job Title:  Promotions and Marketing Director**
     - *Managed all functions, promotions, advertisements for a 10,000 sq. ft. concert hall/special events facility*
     - *Obtained a vast amount of operational knowledge and skill in the following areas:  payroll, budget planning, inventory, employee relations, event promotion, advertising, networking, and customer service*
     - *Coordinated fundraising and entertainment events for the primary candidates in the 1994 New Orleans mayoral and city council races, various conventions, and charity groups*
     - *Coordinated all bookings as well as arranging live music and entertainment acts for the New Orleans Music Hall*
     - *Gained experience with computer business systems  such as DOS, PASCAL, Microsoft, and the Internet*

3.   **Behavior Analysis Center 1993**
     **Florida State, Tallahassee, FL.**
     **Dr.  Baily  (904) 644-6443**
     - *Learned the applications of different behavior modification programs:*
         a.  *Helped with the base-line phase of a pilot study that was done with several levels of mentally challenged women dealing with drug interactions and menses cycles*
         b.  *Contributed to the intervention and the implementation of alternate reinforcement, administered to developmentally disabled children with over-eating disorders.*
         c.  *Gained knowledge of performance management through work  done with the center's clients (restaurants, roofing companies, and Kmart)*
     - *Gained experience in data entry*

4.   **Genetics Research-Psychology 1992-1993**
     **Florida State, Tallahassee, FL.**
     **Dr. Whitney  (904) 644-1486**
     - *worked on genetic studies dealing with the soa loci on chromosome #6*
     - *Gained proficiency in laboratory/technical skills.  I cared  for a colony of approximately 1000 in-bred mice, mixed solutions that were utilized in both human participant tests and panel-runs on the mice.  I also administered tests to over a hundred student subjects during the course of a semester.*
     - *Obtained experience implementing computer statistics programs (CRUNCH, a statistical package for scientific analysis, and Word Perfect)*

5.   **Florida State Hospital at Chattahoochee  1991**
     **Unit 15, Chatahoochee, FL.**
     **Dr. Hirmadi and Jim Currin  (904) 663-4560**
     - *Gained experience running group and private sessions with chronic schizophrenic patients*
     - *Worked with individual residents and conducted  video taped interviews*
     - *Became skilled at taking observations of  clients (at mealtime and leisure time)*

## *EDUCATION*

**Florida State University** - Bachelor of Science 1993-Cum Laude
Major: Psychology
Minors: Biology and Chemistry
Cum. Av. 3.6
Av. in Major 4.0
**Florida International University** - Currently pursuing a degree in Computer Science and
currently taking Spanish

## *COMMUNITY SERVICE/EXTRACURRICULAR ACTIVITIES*

1.  **Project on Successful Aging 1991-1992**
    **Florida State, Tallahassee, FL**
    **Dr. Mark and Barbara Licht (904) 644-4079**
    - *Helped to design studies that investigated the variables which contribute to successful aging*
    - *Interviewed and gained experience working with elderly, adult participants*
    - *Obtained experience reading, writing, and analyzing journal articles*

2.  **Bio Unit Genetic Lab 1990**
    **Florida State, Tallahassee, FL**
    **Dr. Epstein (904) 644-4560**
    - *Studied RNA processing and transfer in amphibians (newts)*
    - *Gained laboratory experience working with sensitive radioactive gels, extracting ovum nuclei through micro-pipetting techniques, centrifuge operation, and using an autoclave for various sterilizing techniques*
    - *Ascertained knowledge about semi-aquatic animal care*
    - *became adept at extensive dissection procedures*

3.  **Kappa Delta Sorority-kappa alpha chapter**
    **Florida State, Tallahassee, FL, 1989-1991**
    **(904) 222-0087**
    - *Developed an understanding about the responsibility that is involved in belonging to an organization*
    - *Won scholarships as 1989 Panhellenic Outstanding Freshman*
    - *Served as a volunteer for the National Association for the Center of the Prevention of Child Abuse*

4.  **Lighthouse Home for Abused Children 1989**
    **Kappa Delta Sorority, Tallahassee, FL**
    **(904) 222-0087**
    - *Gained experience working with severely abused children by spending leisure time with them, both planning and participating in outdoor activities, such as volleyball tournaments, softball and sack races*

*See Attached Sheets for References*