PROB 12C
(SD/FL 9/96)

```
FILED by ADL  D.C.
JUL 1 4 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
```

# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA

**Petition for Offender Under Supervision**

Name of Offender: Julie Collins                Case Number: 00-6198-CR-HURLEY

Name of Sentencing Judicial Officer: The Honorable Daniel T. K. Hurley, Judge, District Court
                                       West Palm Beach, Florida

Date of Original Sentence: March 30, 2001

Original Offense:   Conspiracy to Import MDMA or Ecstasy, 21 U.S.C. § 952(a) and 963. A Class C felony.

Original Sentence:  Eighteen months incarceration and two years supervised release. Special Condition: Participation in an approved treatment program for mental health/substance abuse as directed by U.S. Probation Office. Maintain full time legitimate employment. Submit to search of person or property by U.S. Probation Office

**Type of Supervision: Supervised Release**            **Date Supervision Commenced: May 10, 2002**

Assistant U.S. Attorney                                                Defense Attorney:
Nancy Vorpe-Quinlan                                                AFPD Samuel J. Smargon

## PETITIONING THE COURT

[X]  To issue a warrant
[]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Standard Condition,** by failing to notify the probation office of any change in residence. On or about June 24, 2003, the supervised releasee moved from her approved residence of 1715 S. Anhinga Lane, Homestead, Florida and she failed to notify the probation office 10 days prior to any change. |
| 2 | **Violation of Mandatory Condition,** by failing to participate in an approved treatment program. On or about May 29, 2003; June 5, 19 and 26, 2003, the |



|  | supervised releasee failed to attend her scheduled appointments with Jewish Community Services counselor Maritza Rodriguez, and to date, she has not satisfactorily participated in treatment as directed. |
|---|---|
| 3 | **Violation of Special Condition,** by failing to submit to a urinalysis. On or about June 25, 2003, the supervised releasee failed to submit to a urinalysis as instructed by the probation officer on June 24, 2003. |
| 4 | **Violation of Standard Condition,** by failing to report to the probation officer as directed. On or about April 10, 2003, during a home visit, the supervised releasee was instructed to report to the U.S. Probation Office on a weekly basis, and she has failed to comply. |
| 5 | **Violation of Standard Condition,** by failing to follow the instructions. On March 13, 2003, the supervised release terminated her employment to attend school on a full time basis, with the approval of this probation officer. However, since May 12, 2003, the supervised releasee has missed 12 of the 20 scheduled classrooms days. |

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
[] revoked.
[] extended for _ years, for a total term of _ years.

[] The conditions of supervision should be modified as follows:

Respectfully submitted,

by

Sheila B. Martinez
U.S. Probation Officer
Phone: (305) 412-2332
Date: July 8, 2003

---

U.S. Probation Officer Recommendation:

[✓] - Issue Warrant

The term of supervision should be:
[X] revoked.
[] extended for _ years, for a total term of _ years.

[] The conditions of supervision should be modified as follows:

_____
Signature of Judicial Officer

_____
Date