PROB 19a                                                                                      SD/FL PACTS No. 64633

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 00-6198-CR-HURLEY

U.S.A. vs Julie Collins

FILED by _____ D.C.
JUL 14 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| COLLINS, JULIE | F | W | 32yrs |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 1715 S ANHINGA LANE, HOMESTEAD, FL, 33035 (ABSCONDED) |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. DISTRICT COURT, WEST PALM BEACH, FL. | 3/30/2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| U.S. DISTRICT COURT, WEST PALM BEACH, FL. |

| CLERK | BY DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | Irene Rivera | 7-14-03 |

### RETURN

**Warrant received and executed.**

| DATE RECEIVED | DATE EXECUTED |
|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
|  |

| NAME | (BY) | DATE |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."