# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## 00-6198-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JULIE COLLINS,
    Defendant.

----------------------------------------------/

```
FILED by ____ D.C.

JUL 15 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
```

## ORDER OF REFERRAL TO UNITED STATES
## MAGISTRATE JUDGE

Pursuant to the authority of 18 U.S.C. Section 3401(I), this matter is referred to United States

Magistrate Judge Ann E. Vitunac, effective upon the defendant's arrest, for an evidentiary hearing

on the accusations of defendant's violation of supervision. The Magistrate Judge shall file proposed

findings and recommendations under 18 U.S.C. § 3583(e).

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _____ day of

July, 2003.

                                        _____
                                        Daniel T. K. Hurley
                                        United States District Judge

**copy furnished:**
Magistrate Judge Ann E. Vitunac
United States Probation Office

