# COURT MINUTES

CHIEF U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 07/17/2003    TIME: 10:00 AM

DEFT. JULIE COLLINS (J)#55400-004          CASE NO. 00-6198-Cr-Hurley/Vitunac

AUSA. NANCY VORPE QUINLAN ✓              ATTY.

AGENT. SHEILA MARTINEZ-PROBATION         VIOL. VIOL. OF SUPERVISED RELEASE

PROCEEDING INITIAL HEARING ON VIOL. OF SUPERVISED RELEASE          BOND. NO BOND RECOMMENDED

DISPOSITION

Deft not present — Court authorize
deft to stay in Miami to be detn't.
Set initial action 11 Am or 1:45 pm
On 7/18/03 before Judge Vitunac

DATE: 7-17-03                    TAPE: ATV 03-31-3288