UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6198-Cr-Hurley/Vitunac</u>

UNITED STATES OF AMERICA

    Plaintiff,

VS.

JULIE COLLINS (B)

    Defendant.



## NOTICE OF HEARING

TYPE OF CASE:
( ) **CIVIL**      (XX) **CRIMINAL**

( ) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WPB, FL. 33401 | COURTROOM #3    (4TH FLOOR)<br>DATE AND TIME: |

TYPE OF PROCEEDING:

**FINAL HEARING ON VIOLATION OF SUPERVISED RELEASE**

(**XX**) TAKE NOTICE that the proceeding in this case has been **RESET** as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| U.S. COURTHOUSE<br>701 CLEMATIS STREET<br>WPB, FL. 33401 | 8-18-03 @ 10:00 AM<br>BEFORE JUDGE JOHNSON | **8-19-03 @ 10:00 AM**<br>**BEFORE JUDGE JOHNSON** |

ANN E. VITUNAC
CHIEF U.S. MAGISTRATE JUDGE

DATE: JULY 18, 2003

_____
(BY) DEPUTY CLERK

TO:  ROBERT ADLER, AFPD
     UNITED STATES ATTORNEY (NANCY VORPE QUINLAN)
     UNITED STATES MARSHAL
     UNITED STATES PROBATION (SHEILA MARTINEZ)