**COURT MINUTES**

CHIEF U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 07/18/2003    TIME: 10:00 AM

DEFT. JULIE COLLINS (J)#55400-004        CASE NO.00-6198-Cr-Hurley/Vitunac

AUSA. NANCY VORPE QUINLAN        ATTY. Robert Adler AFPD

AGENT. SHEILA MARTINEZ-PROBATION        VIOL. VIOL. OF SUPERVISED RELEASE

PROCEEDING INITIAL HEARING ON VIOL. OF SUPERVISED RELEASE        BOND. NO BOND RECOMMENDED

DISPOSITION Arraignment & Bond held

Deft present - sworn/test.

Viols. read to deft & advised of her rights

Court questions deft, finds her Indigent &

appoints FPD.

Parties agree to place deft into CARP

Court release deft into CARP with $50,000 PSB

Probation officer to transport deft to CARP

Conditions: deft shall abide by all conditions of CARP &
USPO, continue to report to USPO, must
successfully complete detox program at CARP followed
by Residential treatment as directed by USPO

Govt. to prepare order

Final hearing set for 8-18-03 @ 10 Am before Judge Johnson

DATE: 7-18-03        TAPE: ACV 03-33-215