# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 08/19/03   TIME: 10:00 AM

DEFT. JULIE COLLINS (B)   CASE NO. 00-6198-Cr-HURLEY/VITUNAC

AUSA. NANCY VORPE QUINLAN   ATTY. ROBERT ADLER, AFPD

AGENT. SHEILA MARTINEZ - USPO   VIOL. SUPERVISED RELEASE VIOL.

PROCEEDING FINAL PROBABLE CAUSE   BOND. $50,000 PSB

FUTURE DATES _____

DISPOSITION By agreement of parties, Matter is hereby reset to 9/26/03 @ 10am for Final Probable Cause hearing.

DATE: 8/19/03   TAPE: LRJ-03- 61-628