UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-Cr-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIE COLLINS,

    Defendant.
_____

    This cause came before the Court and pursuant to proceedings held, it is thereupon

    **ORDERED AND ADJUDGED** as follows:

*Matter is hereby reset to 1/26/03 @ 10am for Final Probable Cause Hearing, by agreement of all parties.*

    **DONE AND ORDERED** at West Palm Beach, Florida this <u>19th</u> day of <u>August</u>, 20<u>03</u>.

TAPE NO: LRJ-03-61-628.

                              UNITED STATES MAGISTRATE JUDGE
                              LINNEA R. JOHNSON

c: AUSA
   Defense Counsel
   Probation
   U.S. Marshal