PROB 12B                                                    SD/FL PACTS No. 64633
(SD/FL 9/96)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.

AUG 2 6 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### CASE NO. 00-6198-CR-HURLEY

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Julie Collins

Name of Sentencing Judicial Officer: The Honorable Daniel T. K. Hurley, Judge, District Court
West Palm Beach, FL

Date of Original Sentence: March 30, 2001

Original Offense:     Conspiracy to Import MDMA or Ecstasy, in violation of Title 21 U.S.C. § 952(a)
and 963. A Class C felony.

Original Sentence:    Eighteen months incarceration followed by a two year term of supervised release
Special Condition: Participation in an approved treatment program for mental
health/substance abuse as directed by U S Probation Office  Maintain full time
legitimate employment  Submit to search of person or property by U.S. Probation
Office.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 10, 2002

## PETITIONING THE COURT

[]      To extend the term of supervision for __ years, for a total term of __ years.
[X]     To modify the conditions of supervision as follows:

**The defendant shall reside at and participate in the Community Corrections Center for a
period up to 90 days, or until otherwise released at the direction of the United States
Probation Officer**

## CAUSE

1.    **Violation of Standard Condition,** by failing to notify the probation office of any change in
residence. On or about June 24, 2003, the supervised releasee moved from her approved
residence of 1715 S. Anhinga Lane, Homestead, Florida and she failed to notify the probation
office 10 days prior to any change.

2.    **Violation of Mandatory Condition**, by failing to participate in an approved treatment program.
On or about May 29, 2003; June 5, 19 and 26, 2003, the supervised releasee failed to attend her

