UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   00-6198-CR-HURLEY

UNITED STATES OF AMERICA,

Plaintiff

ORDER VACATING
SUPERVISED RELEASE PETITION

vs.

Julie Collins

Defendant
_____/

**THIS MATTER** is before the Court pertaining to a violation of Supervised Release filed by the United States Probation Office on July 8, 2003, and signed by the Court on July 11, 2003. The Court being duly advised in the premises and after due consideration, it is

**ORDERED AND ADJUDGED** that the Petition For Warrant For Offender Under Supervision, signed on July 11, 2003, be and the same is hereby **VACATED**, set aside and of no further force and effect.

**DONE AND ORDERED** in the Chambers at West Palm Beach, Palm Beach County, Florida, this 21st Day of August, 2003.

The Honorable Daniel T. K. Hurley
United States District Judge
West Palm Beach, Florida

Copies furnished:
AUSA
Defense
U.S. Probation