PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64633



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6198-CR-HURLEY</u>

### Superseding Request to Modify the Conditions of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Julie Collins

Name of Sentencing Judicial Officer: The Honorable Daniel T. K. Hurley, Judge, District Court  
West Palm Beach, FL

Date of Original Sentence: March 30, 2001

Original Offense: Conspiracy to Import MDMA or Ecstasy, in violation of Title 21 U.S.C. § 952(a) and 963. A Class C felony.

Original Sentence: Eighteen months incarceration followed by a two year term of supervised release. Special Condition: Participation in an approved treatment program for mental health/substance abuse as directed by U.S. Probation Office. Maintain full time legitimate employment. Submit to search of person or property by U.S. Probation Office.

On August 21, 2003, the conditions of supervised release were modified to include placement in a Community Corrections Center for up to 90 days.

Type of Supervision: Supervised Release        Date Supervision Commenced: May 10, 2002

## PETITIONING THE COURT

[ ] To extend the term of supervision for __ years, for a total term of __ years.  
[X] To modify the conditions of supervision as follows:

Praying that the Court vacate the special condition ordering the supervised releasee to participate in a Community Correctional Center for a period of ninety (90) days, and amend the special condition as follows:

**"The supervised releasee shall participate in the Home Detention Electronic Monitoring Program for a period of 90 days. During this time the supervised releasee shall remain at her place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The supervised releasee shall maintain a telephone at her place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The supervised releasee shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer." Based on her disability status the electronic monitoring fees will be waived.**

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64633

# CAUSE

1. **Violation of Standard Condition,** by failing to notify the probation office of any change in residence. On or about June 24, 2003, the supervised releasee moved from her approved residence of 1715 S. Anhinga Lane, Homestead, Florida and she failed to notify the probation office 10 days prior to any change.

2. **Violation of Mandatory Condition,** by failing to participate in an approved treatment program. On or about May 29, 2003; June 5, 19 and 26, 2003, the supervised releasee failed to attend her scheduled appointments with Jewish Community Services counselor Maritza Rodriguez, and to date, she has not satisfactorily participated in treatment as directed.

3. **Violation of Special Condition,** by failing to submit to a urinalysis. On or about June 25, 2003, the supervised releasee failed to submit to a urinalysis as instructed by the probation officer on June 24, 2003.

4. **Violation of Standard Condition,** by failing to report to the probation officer as directed. On or about April 10, 2003, during a home visit, the supervised releasee was instructed to report to the U.S. Probation Office on a weekly basis, and she has failed to comply.

5. **Violation of Standard Condition,** by failing to follow instructions. On March 13, 2003, the supervised releasee terminated her employment to attend school on a full time basis, with the approval of this probation officer. However, since May 12, 2003, the supervised releasee has missed 12 of the 20 scheduled classroom days.

Ms. Collins has agreed to modify her conditions of supervised release to include placement in a Community Corrections Center for up to 90 days. Please find the attached Prob 49, Waiver of Hearing Form, for Your Honor's review. If Your Honor is in agreement with the modification, please indicate below.

Respectfully submitted,

by Sheila B. Martinez  
U.S. Probation Officer  
Phone: (305) 412-2332  
Date: September 22, 2003

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

_____  
Date

PROB 49  
(3/89)

SD/FL PACTS #64633

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

The supervised releasee shall participate in the Home Detention Electronic Monitoring Program for up to 90 days. During this time the supervised releasee shall remain at her place of residence except for employment and other activities approved in advance by the United States Probation Officer. The supervised releasee shall maintain a telephone at her place of residence without "call forwarding," "call waiting," "a modem," "caller ID," or "call back/call block" services for the above period. The supervised releasee shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the United States Probation Officer. Based on her disability status the electronic monitoring fees will be waived.

Witness: _____  
U.S. Probation Officer  
Sheila B. Martinez

Signed: _____  
Supervised Releasee  
Julie Collins

September 22, 2003  
Date