PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 64633

# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.

DEC 18 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### Petition for Offender Under Supervision

Name of Offender: Julie Collins          Case Number:   00-6198-CR-HURLEY

Name of Sentencing Judicial Officer: The Honorable Daniel T. K. Hurley, Judge, District Court
West Palm Beach, Florida

Date of Original Sentence: March 30, 2001

Original Offense:   Conspiracy to Import MDMA or Ecstasy, 21 U.S.C. § 952(a) and 963. A Class C felony.

Original Sentence:   Eighteen months incarceration and two years supervised release. Special Condition: Participation in an approved treatment program for mental health/substance abuse as directed by U.S. Probation Office. Maintain full time legitimate employment. Submit to search of person or property by U.S. Probation Office

Type of Supervision: Supervised Release          Date Supervision Commenced: May 10, 2002

Assistant U.S. Attorney:                          Defense Attorney:
Nancy Vorpe-Quinlan                               AFPD Samuel J. Smargon

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On **November 19, 2003**, the supervised releasee, submitted a urine specimen which tested positive for the presence of **cocaine** in our local laboratory; and subsequently confirmed positive by Pharm Chem Laboratories, Incorporated. |
| 2 | **Violation of Special Condition,** by failing to submit to a urinalysis. On or about November 28, 2003, the supervised releasee failed to submit to a urinalysis as instructed by the probation officer on November 26, 2003. |

PROB 12C
(SD/FL 9/96)                                                                                          SD/FL PACTS No. 64633

> 3   **Violation of Special Condition,** by failing to participate in the Home Detention Electronic Monitoring Program. On **November 19, 2003** the supervised releasee had an approved schedule to conduct banking business between the hours of **10:30 am and 1:00 pm.** On December 1, 2003, she admitted that she had used the approved time out for an unauthorized activity. She claimed that during that time period she went to a pawn shop and purchased cocaine.

U. S. Probation Officer Recommendation:

[ X ] The term of supervision should be
   [ X ] revoked
   [ ] extended for _____ years, for a total term of _____ years.
   [ ] The conditions of supervision should be modified as follows:

                                                              Respectfully submitted,
                                                      by
                                                              _____
                                                              Sheila B. Martinez
                                                              U.S. Probation Officer
                                                              Phone: (305) 412-2332
                                                              Date: December 8, 2003

---

## THE COURT ORDERS:

[ ]   No Action
[ X ] The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

_____
Date