PROB 19a    SD/FL PACTS No. 64633

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6198-CR-HURLEY</u>



U.S.A. vs ~~Julieollins~~ *Julie Collins.*

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>COLLINS, JULIE |  | SEX<br>F | RACE<br>W | AGE<br>32yrs |
| ADDRESS (STREET,CITY,STATE)<br>1715 Anhinga Lane, Homestead, Fl. 33035 |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. DISTRICT COURT, WEST PALM BEACH, FL. |||| DATE IMPOSED<br>3/30/01 |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. DISTRICT COURT, WEST PALM BEACH, FL. |||||
| CLERK<br>**Clarence Maddox** | (BY) DEPUTY CLERK<br> |  | DATE<br>**DEC 1 8 2003** ||

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED | | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
|  ||||
| NAME | (BY) | | DATE |

**United States Government**
MEMORANDUM

**DATE:** December 8, 2003

**FROM:** Sheila B. Martinez *SBM*
U.S. Probation Officer
Snapper Creek, Miami, FL
(305) 412-2332

CONFIDENTIAL
DO NOT FILE DO NOT SCAN
RETURN TO PROBATION

**SUBJECT:** COLLINS, Julie
Docket No. 00-6198-CR-HURLEY
SD/FL PACTS No. 64633

**TO:** The Honorable Daniel T. K. Hurley
U. S. District Judge, West Palm Beach, FL

## VIOLATION OF SUPERVISED RELEASE AND REQUEST FOR WARRANT

### I.    COMPLIANCE WITH SUPERVISION CONDITIONS

On May 10, 2002, Julie Collins began her two year term of supervised release in the Southern District of Florida. On May 10, 2002, she was instructed as to the special conditions of her supervision, which included participation in an approved treatment program for mental health and/or substance abuse as directed by the U.S. Probation Office; maintain full time, legitimate employment and not be unemployed for a term of more than 30 days unless excused by the United States Probation Officer; and, submit to search of her person or property.

### II.    CHARACTERISTICS

On September 21, 2003, the supervised releasee was released from the Comprehensive Alcohol Rehabilitation Program (CARP). On October 27, 2003, she began participating in the Home Confinement Electronic Monitoring Program for a 90 day period.

Since her release, she has resided with her parents in their residence where she continues to reside. Ms. Collins is receiving Supplemental Security Income (SSI) under the provision of Title XVI of the Social Security Act and is unemployed.

On November 19, 2003, Ms. Collins submitted to a urinalysis which tested positive for the presence of cocaine in our local laboratory and subsequently, confirmed positive by Pharm Chem Laboratories, Incorporated.

On November 19, 2003 the supervised releasee called the Home Confinement Electronic Monitoring (EM) Officer and requested permission to go to the bank to handle a problem with her account. The supervised releasee was given permission to be away from her residence between the hours of

The Honorable Daniel T. K Hurley
United States District Court
December 8, 2003
Page 2

                                                        **RE:**    **COLLINS, Julie**
                                                                              **SD/FL PACTS No. 64633**

10:30am to 1:00 pm for this activity. Based on her own admission, after conducting her banking business she proceeded to an unauthorized location (a pawn shop), in Goulds, Florida.

On November 28, 2003 during an early morning home visit, this officer requested that the supervised releasee submit to a drug urinalysis test. Ms. Collins had been informed that she had tested positive for cocaine on November 19, 2003. After approximately one hour, wherein she consumed approximately four bottles of water, this officer instructed Ms. Collins to report to the U.S. Probation Office on December 1, 2003 to submit to a urinalysis. She explained her inability to submit to a urinalysis is because the medications she is currently taking makes it difficult for her urinate.

On December 1, 2003, after being confronted in reference to the positive urinalysis, Ms. Collins admitted to having used cocaine on November 19, 2003. In a written statement, she related that she was given permission by the FM officer to leave her residence to conduct personal business. After conducting her business, she claims she went to a pawn shop to sell items in order to get money to purchase presents. At the conclusion of the transaction at the pawn shop, she purchased cocaine for $10. She then used the illegal substance. She expressed remorse for her actions. The supervised releasee has been sanctioned to report to the U.S Probation Office on a weekly basis for urinalysis testing. She is in compliance with this sanction.

In view of the violation outlined above, as well as the supervised releasee's own admission of drug use, it is respectfully recommended that Your Honor sign the attached Petition ordering the issuance of a warrant for the supervised releasee's arrest. If Your Honor is in agreement, please sign the attached Petition.

                                                                   Respectfully submitted,

SBM

Attachments

Reviewed and Approved by /s/ Patricia C. Laskowski
                                    Patricia C. Laskowski, Supervising
                                    U.S. Probation Officer

United States Government
**MEMORANDUM**

**DATE:**   December 10, 2003

**FROM:**   Sheila B. Martinez, USPO
Snapper Creek Office (305)412-2332

**SUBJECT:** **COLLINS, Julie**
**SD/FL PACTS # 64633**

**TO:**   The Honorable Daniel T. Hurley
U.S. District Judge, West Palm Beach, Fl.

## BOND RECOMMENDATION

| No Bond |   |
|---|---|
| Detention |   |
| Corporate Surety |   |
| Personal Surety | x |

| US Parole Commission Case |   |
|---|---|
| AMOUNT: $50,000 |   |

**Type of Case:**

|   | Parole | x | Supervised Release |   | Probation |
|---|---|---|---|---|---|
|   | Risk of Flight (Justifications) | | | | |
| x | Danger to self/community (Justifications) | | | | |

| Date Warrant Issued: | Date Arrested: |
|---|---|
|   |   |

**COMMUNITY TIES:**

| Residence: 1715 S. Anhinga Lane, Homestead, Fl. |
|---|
| Employment: None |
| Other Pertinent Information: |
| **Bond Hearing Disposition:** |
| **USPO:** Sheila B. Martinez, (305) 412-2332 |