# COURT MINUTES

FILED by _____ DC
JAN 1 2 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

U.S. MAGISTRATE JUDGE **JAMES M. HOPKINS**     DATE: 1/12/04   TIME: 10:00 AM

**DEFT** JULIE COLLINS (J)                    **CASE NO** 00-6198-Cr-HURLEY/VITUNAC

**AUSA.** NANCY QUINLAN                        **ATTY.** AFPD - PETER BIRCH

**AGENT.** USMS                                **VIOL.** SUPERVISED RELEASE VIOLATION

**PROCEEDING** INITIAL HEARING ON SUPERVISED RELEASE VIOL   **BOND.** $50,000 CSB W/NEBBIA (GOV REQ)

**DISPOSITION** Dft present & sworn; dft advised of rights; AFPD apptd to

represent dft; preliminary revocation of supervised release hearing

waived; waiver signed by dft.;

Detention Hearing: 1/15/04 @ 10:00 am

Final Revocation Hearing set for : 1/26/04 @ 10:00 am before Judge Vitunac

DATE: 1/12/04                    TAPE: JMH-04-4-298