UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-Cr-HURLEY/VITUNAC

FILED by _____ D.C.
MAG. SEC.
JAN 12 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

vs.

JULIE COLLINS_____/

### WAIVER OF PRELIMINARY REVOCATION OF SUPERVISED RELEASE HEARING

The defendant having been advised of his right to a preliminary hearing or examination as to probable cause, and the defendant having refused and waived a preliminary examination, The defendant now signs this **Waiver of Preliminary Revocation of Supervised Release Hearing**.

DATED: 1/12/04              X_____Julie Collins_____
                                    Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The United States Magistrate Judge certifies that the defendant, after being advised of his right to a preliminary examination, stated he refused and waived such preliminary examination and signed the foregoing Waiver of Preliminary Revocation of Supervised Release Hearing.

**IT IS ORDERED** that a preliminary examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the United States District Court.

DATED: 1/12/04              at   WEST PALM BEACH, FLORIDA

                            _____James M. Hopkins_____
                            **JAMES M. HOPKINS**
                            **UNITED STATES MAGISTRATE JUDGE**

TAPE NO. JMH-04-4-298

C:AUSA
  Defense Counsel
  Pretrial Services