PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 64633

# United States District Court

## for

## SOUTHERN DISTRICT OF FLORIDA



### Amended Petition for Offender Under Supervision

Name of Offender: Julie Collins                    Case Number:   00-6198-CR-HURLEY

Name of Sentencing Judicial Officer: The Honorable Daniel T. K. Hurley, Judge, District Court
West Palm Beach, Florida

Date of Original Sentence: March 30, 2001

Original Offense:   Conspiracy to Import MDMA or Ecstasy, 21 U.S.C. § 952(a) and 963. A Class C felony.

Original Sentence:  Eighteen months incarceration and two years supervised release. Special Condition: Participation in an approved treatment program for mental health/substance abuse as directed by U.S. Probation Office. Maintain full time legitimate employment. Submit to search of person or property by U.S. Probation Office.

**Type of Supervision: Supervised Release**          **Date Supervision Commenced: May 10, 2002**

Assistant U.S. Attorney:                             Defense Attorney:
Nancy Vorpe-Quinlan                                  AFPD Samuel J. Smargon

---

## PETITIONING THE COURT

[X]   To issue a warrant
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On November 19, 2003, the defendant, submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Pharm Chem Laboratories, Incorporated. |
| 2 | **Violation of Special Condition,** by failing to submit to a urinalysis. On or about November 28, 2003, the defendant failed to submit to a urinalysis as instructed by the probation officer on November 26, 2003. |

PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 64633

3       **Violation of Special Condition,** by failing to participate in the Home Detention Electronic Monitoring Program. On November 19, 2003 the defendant had an approved schedule to conduct banking business between the hours of 10:30 am and 1:00 pm. On December 1, 2003, the defendant admitted that she had used the approved time out for an unauthorized activity. The defendant claimed that during that time period she went to a pawn shop and purchased cocaine.

4       **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On December 3, 2003, the defendant, submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Pharm Chem Laboratories, Incorporated.

5       **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On December 8, 10, 11, 15 and 19, 2003, respectively the defendant, submitted urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Pharm Chem Laboratories, Incorporated.

6       **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On December 22, 24 and 29, 2003, respectively the defendant, submitted urine specimen which tested positive for the presence of cocaine in our local laboratory, and subsequently confirmed positive by Pharm Chem Laboratories, Incorporated

U S Probation Officer Recommendation:

[X] The term of supervision should be
    [X] revoked
    [ ] extended for _____ years, for a total term of _____ years.
    [ ] The conditions of supervision should be modified as follows:

by  Respectfully submitted,
    Sheila B. Martinez
    U.S. Probation Officer
    Phone: (305) 412-2332
    Date: January 5, 2003

THE COURT ORDERS:
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

January 13, 2004
Date