# COURT MINUTES

FILED by ___
MAG. SEC.
JAN 15 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

U.S. MAGISTRATE JUDGE **JAMES M. HOPKINS**   DATE: 1/15/04   TIME: 10:00 AM

**DEFT.** JULIE COLLINS (J)   **CASE NO** 00-6198-Cr-HURLEY/VITUNAC

**AUSA.** NANCY QUINLAN   **ATTY.** AFPD

**AGENT.** USMS   **VIOL.** SUPERVISED RELEASE VIOLATION

**PROCEEDING** DETENTION HEARING   **BOND.** PTD (GOV REQ)

**DISPOSITION** Dft present with counsel; dft admits to allegations and submitted the waiver of the final revocation of supervised release hearing in open Court; Detention hearing held; dft proffer; govt proffer; dft is ordered detained pending sentencing before Judge Hurley.

DATE: 1/15/04   TAPE: JMH-04-6-1