UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-Cr-Hurley

FILED by _____ D.C.
MAG. SEC.
JAN 1 5 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

vs.

Julie Collins,

### WAIVER OF FINAL REVOCATION OF SUPERVISED RELEASE HEARING

The defendant having been advised of his right to a preliminary hearing or examination as to probable cause, and the defendant having refused and waived a preliminary examination, The defendant now signs this **Waiver of Preliminary Examination**.

DATED: 1/15/04

X _Julie Collins_
Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The United States Magistrate Judge certifies that the defendant, after being advised of his right to a preliminary examination, stated he refused and waived such preliminary examination and signed the foregoing Waiver of Preliminary Examination.

**IT IS ORDERED** that a preliminary examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the United States District Court.

DATED: 1-15-04    at   WEST PALM BEACH, FLORIDA

_James M. Hopkins_
**JAMES M. HOPKINS**
**UNITED STATES MAGISTRATE JUDGE**

TAPE NO. JMH- 04-6-1

C:AUSA
  Defense Counsel
  Pretrial Services