UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-CR-HURLEY



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIE COLLINS,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    _____
    Peter Birch
    Assistant Federal Public Defender
    Attorney for the Defendant
    Florida Bar No. 304281
    400 Australian Ave. N., Suite 300
    West Palm Beach, FL 33401
    TEL:(561) 833-6288
    FAX:(561) 833-0368

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 16th day of January, 2004, to Nancy Quinlan, Assistant United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, Florida 33401.

Peter Birch