PROB 19a                                                                  SD/FL PACTS No. 64633

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. <u>00-6198-CR-HURLEY</u>

U.S.A. vs Julie Collins

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

### WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| COLLINS, JULIE | F | W | 32yrs |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 1715 Anhinga Lane, Homestead, Fl. 33035 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. DISTRICT COURT, WEST PALM BEACH, FL. | 3/30/01 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| U.S. DISTRICT COURT, WEST PALM BEACH, FL. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | DEC 1 8 2003 |

### RETURN

**Warrant received and executed.**

| DATE RECEIVED | DATE EXECUTED |
|---|---|
| 12/18/03 | 1/9/04 |

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS, Miami, Florida |

| NAME | (BY) | DATE |
|---|---|---|
| Christina Pharo, US Marshal S/D FL | Stephanie Perez, SDUSM | 1/9/04 |