UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JULIE COLLINS,
    Defendant.
_____/



## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** come before the court upon report from the United States Probation Office that the defendant in the above captioned case violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration of the report and recommendations and in accordance with *28 U.S.C. §636 (B)(1)(c)*, as no timely objections have been filed, it is

**ORDERED** and **ADJUDGED** as follows:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. The sentencing hearing for the violation will be conducted on **Tuesday, February 3, 2004,** at **8:40 a.m.** in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in chambers at West Palm Beach, Florida this _25_ day of January, 2004.

**copy furnished:**
Chief Magistrate Judge Ann E. Vitunac
AUSA Nancy Vorpe Quinlan
AFPD Peter V. Birch
United States Probation Office

Daniel T. K. Hurley
United States District Judge