# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6198-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JULIE COLLINS,
    Defendant.

-----------------------------------------/

FILED by _____ D.C.

FEB 1 8 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · W.P.B.

## JUDGMENT & COMMITMENT ORDER
## UPON REVOCATION OF SUPERVISED RELEASE

THIS CAUSE was before the court for sentencing on February 3, 2004, and February 5, 2004. The above named defendant having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, admitted to violating the conditions of supervision to a United States Magistrate Judge. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Nine, (9), months.** *(The court recommend the defendant receive the appropriate screening for drug addiction and mental health issues.)* Upon the completion of the term of imprisonment, supervision shall be terminated.

DONE and SIGNED in Chambers at West Palm Beach, Florida this _11_ day of February, 2004.

**copy furnished:**
AUSA Nancy Vorpe Quinlan
AFPD Peter V. Birch
U.S. Marshal Service
U.S. Probation Office

Daniel T. K. Hurley
United States District Judge

