I HAVE PARTIALLY / FULLY EXECUTED THIS J&C/WRIT/WARRANT
PROCESS/TRANSFER ___ CUSTODY OF THE WITHIN
NAMED AT _Tampa Airport_ ____ TING HIM/HER
AT _Coleman, Calif_ 5-6-04

BOP BUS

OO cR 6198 Hurley

FILED BY _____ D.C.

2004 MAY 21 PM 4: 07

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA